### HENDRIX *v.* THE STATE.

EVANS, J.  The evidence, while conflicting as to the circumstances under which the homicide was committed by the accused, warranted a conviction of voluntary manslaughter.

*Judgment affirmed.    All the Justices concur.*

Argued February 19,—Decided March 23, 1906.

Conviction of voluntary manslaughter.  Before Judge Roan. Newton superior court.    December 2, 1905.

*J. R. Irwin* and *L. L. Middlebrook,* for plaintiff in error.

*William Schley Howard, solicitor-general,* contra.